UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| GERALD GORDON d/b/a INDIANA HONEY BEES, | |
| Plaintiff, | |
| v. | CAUSE NO.: 2:21-CV-292-TLS-JEM |
| KENNETH ANDREW FINCH d/b/a FINCH APIARY, RAYMOND MCCOY, and RYAN CUTTS, | |
| Defendants. | |
| KENNETH ANDREW FINCH d/b/a FINCH APIARY, RYAN CUTTS, and RAYMOND MCCOY, | |
| Counter-Claimants, | |
| v. | |
| GERALD GORDON d/b/a INDIANA HONEY BEES, | |
| Counter-Defendant. | |

**ORDER**

This matter is before the Court on the Defendants' Motion for Default and Alternative Motion for Leave to Amend Counterclaim After Any Amended Complaint [ECF No. 52], which was referred to the magistrate judge for preparation of a report and recommendation, *see* ECF No. 59. Magistrate Judge John E. Martin entered the report and recommendation [ECF No. 60] on July 12, 2023, and more than fourteen days have passed without any objections being filed. *See* Fed. R. Civ. P. 72(b)(2). The Court thus reviews the report and recommendation only for

clear error. *White v. Sloop*, 772 F. App'x 334, 337 (7th Cir. 2019) (citing *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999)).

The Court has conducted that review and finds no clear error. Accordingly, the Court ADOPTS the Findings, Report, and Recommendation of United States Magistrate Judge Pursuant to 28 U.S.C. § 636(b)(1)(B) & (C) [ECF No. 60] and DENIES the request for default requested in the Defendants' Motion for Default and Alternative Motion for Leave to Amend Counterclaim After Any Amended Complaint [ECF No. 52].

SO ORDERED on October 31, 2023.

             s/ Theresa L. Springmann
             JUDGE THERESA L. SPRINGMANN
             UNITED STATES DISTRICT COURT